IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | I N D I C T M E N T |
| v. | Case No. _____ |
| RISING SUN ROBERT LEWIS IRWIN, a/k/a RISING SON IRWIN | Violation:  18 U.S.C. § 2250 |

**Failure to Update Sex Offender Registration**

The Grand Jury Charges:

From in or about July 2016 and continuing until the date of this Indictment,

RISING SUN ROBERT LEWIS IRWIN,
a/k/a RISING SON IRWIN,

(i) was a person required to register under the Sex Offender Registration and Notification Act (S.O.R.N.A.); (ii) was a sex offender for purposes of S.O.R.N.A., by reason of his conviction under Federal law for Possession of Material Containing Images of Child Pornography, in criminal case number 4:05-cr-103, in United States District Court for the District of North Dakota; and, (iii) he knowingly failed to update his registration as required by S.O.R.N.A.;

In violation of Title 18, United States Code, Section 2250.

A TRUE BILL:

/s/ Grand Jury Foreperson
Foreperson

/s/ Christopher C. Myers
CHRISTOPHER C. MYERS
United States Attorney

RLV/rab